# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HOLLMAN GUANA,**

        **Plaintiff,**

**-vs-**                               **Case No.  6:06-cv-41-Orl-28DAB**

**UNLIMITED BLESSING AUTO CENTER,
INC., MARIA M. MORALES,**

        **Defendants.**

---

# ORDER

This case is before the Court on Plaintiff's Motion for Entry of Final Default Judgment as to Both Defendants (Doc. No. 9) filed May 8, 2006.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 10, 2006 (Doc. No. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Plaintiff's Motion for Entry of Final Default Judgment as to Both Defendants (Doc. No. 9) is **GRANTED**.  Final judgment shall be entered by the Clerk of Court in Plaintiff's favor against Defendants Unlimited Blessing Auto Center, Inc. and Maria Morales, jointly and severally, in the amount of $2,586.40 in damages and $1,775.00 in

attorney's fees, and $300.00 in costs.  Following entry of judgment, the Clerk of Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___2J___ day of May, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party